UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

IN RE:                                                    CHAPTER 7
                                                          CASE NO. 21-31384
**Rebecca M. Longstreath**                                Judge Guy R. Humphrey

    **Debtor**
                                                          **AMENDMENT**

Now comes the Debtor, by and through her undersigned Counsel, and hereby amends her Petition and Plan as follows:

To amend Schedule F to add the name and address of the following pre-petition creditor(s):

>   Wilbur & Associates
>   210 Landmark Drive
>   Normal, Illinois 61761
>   Claim No. 133416855

Respectfully Submitted,

/s/ Andrew J. Zeigler
Andrew J. Zeigler #0081417
Case Attorney for Debtor
1340 Woodman Drive
Dayton, Ohio 45432
937-252-2030
937-252-9425 fax

## ***CERTIFICATE OF SERVICE***

I hereby certify that on August 13, 2021, a copy of the foregoing Amendment was served on the following registered ECF participants, electronically through the court's ECF System at the email address registered with the court.

Paul Spaeth, Chapter 7 Trustee
U.S. Trustee

And on the following by ordinary U.S. Mail, postage prepaid, on August 13, 2021, addressed to:

Wilbur & Associates, 210 Landmark Drive, Normal, Illinois 61761

Rebecca M. Longstreath, 1508 S. Longview, Beavercreek, Ohio 45432

                                                              /s/ Andrew J. Zeigler
                                                            Andrew J. Zeigler

# UNSWORN DECLARATION UNDER PENALTY OF PERJURY

I/We, Rebecca M. Longstgreath

certify under penalty of perjury that we read the foregoing

_____Amendment_____ and that it is true to the best

of our knowledge, information, and belief.

Executed on: _____August 13_____, 2021_____

/s/ Rebecca M. Longstreath
Rebecca M. Longstreath
Debtor

Wilbur & Associates
210 Landmark Drive
Normal, Illinois 61761
Claim No. 133416855