# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| IN RE: | * Case No. 21-31384 |
| Rebecca M. Longstreath | * Chapter 7 (Judge Humphrey) |
| | * |
| Debtor | * **MOTION TO CONTINUE THE** |
| | * **AUTOMATIC STAY AND NOTICE** |
| | * |

---

Now comes the Debtor, by and through her undersigned Counsel, and moves the Court for an order continuing the automatic stay in the above captioned case past the initial thirty (30) day period after the filing of the Debtor's Petition pursuant to 11 U.S.C. Section 362 (c)(3)(B).

The Debtor had one prior case pending within the one year period immediately prior to the filing of the current case and therefore the automatic stay will expire thirty (30) days after the filing of the current case unless extended by the Court.

The Debtor appears to qualify for a Chapter 7 Discharge on all their dischargeable debts and appear to have filed in good faith. Therefore, the court should continue the Automatic Stay until the discharge is issued.

WHEREFORE, Debtor respectfully moves the court for an order continuing the automatic stay in the above captioned case past the initial thirty (30) day period after the filing of the Debtors' Petition pursuant to 11 U.S.C. Section 362(c)(3)(B).

Respectfully submitted,

/s/ Andrew J. Zeigler
Andrew J. Zeigler, #0081417
Attorney for Debtor
1340 Woodman Drive
Dayton, Ohio 45432
(937) 252-2030
(937) 252-9425 (FAX)
Email: andrew@kzlawohio.com

# NOTICE OF MOTION
## TWENTY-ONE (21) DAY NOTICE

**Andrew J. Zeigler, Attorney for the Debtor has filed a Motion to Continue the Automatic Stay.**

**YOUR RIGHTS MAY BE AFFECTED.** **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.**

**If you do not want the Court to grant the relief sought in the Motion, then on or before twenty-one days from the date set forth in the certificate of service for the Motion, you must file with the Court a response explaining your position by mailing your response by regular U.S. Mail, to Clerk, US Bankruptcy Court, Southern District of Ohio, 120 W. Third Street, Dayton, Ohio 45402 OR your attorney must file a response using the Court's ECF System.**

**The Court must receive your response on or before the above date.**

**You must also send a copy of your response either by 1) the Court's ECF System or by 2) regular U.S. Mail, addressed to:**

**Paul Spaeth, 7925 Paragon Road, Suite 101, Dayton, Ohio 45459**
**Andrew J. Zeigler, Attorney for Debtor, 1340 Woodman Drive, Dayton, Ohio 45432**
**Rebecca M. Longstreath, 1508 S. Longview Street, Beavercreek, Ohio 45432**
**Office of the U.S. Trustee, 170 North High Street, Suite 200, Columbus, Ohio 43215**

**If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the motion and may enter an order granting the relief sought without further hearing or notice.**

**All parties are hereby placed on notice that any objection to the MOTION TO CONTINUE THE AUTOMATIC STAY must be filed within twenty-one ( 21) days of the date set forth on the Certificate of Service or an order will be submitted to the Court granting the MOTION TO CONTINUE THE AUTOMATIC STAY. If a response objection to this MOTION TO CONTINUE THE AUTOMATIC STAY is timely filed, then this matter shall be set for hearing by the Court and said hearing date and time will be noticed by the Court.**

                                              **/s/ Andrew J. Zeigler**
                                              **Andrew J. Zeigler, #0081417**
                                              **Attorney for Debtor**
                                              **1340 Woodman Drive**
                                              **Dayton, Ohio 45432**
                                              **(937) 252-2030**

# CERTIFICATE OF SERVICE

I hereby certify that on     August 18, 2021 a copy of the foregoing Motion to Continue the Automatic Stay was served on the following registered ECF participants, electronically through the court's ECF System at the email address registered with the court.

Paul Spaeth, Trustee
U.S. Trustee

And on the following by ordinary U.S. Mail, postage prepaid, on    August 18, 2021    addressed to:

Rebecca M. Longstreath, 1508 S. Longview Street, Beavercreek, Ohio  45432

All Creditors and Interested Parties as shown on  attached matrix.

>     /s/   Andrew J. Zeigler_____
>     Andrew J. Zeigler

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0648-3<br>Case 3:21-bk-31384<br>Southern District of Ohio<br>Dayton<br>Wed Aug 18 15:18:19 EDT 2021 | AFNI Inc<br>PO Box 3068<br>Bloomington, IL 61702-3068 | Asst US Trustee (Day)<br>Office of the US Trustee<br>170 North High Street<br>Suite 200<br>Columbus, OH 43215-2417 |
| Greene County Treasurer<br>PO Box 427<br>Xenia, OH 45385-0427 | Rebecca M. Longstreath<br>1508 S. Longview Street<br>Beavercreek, OH 45432-2913 | Navient<br>PO Box 9500<br>Wilkes Barre, PA 18773-9500 |
| Ohio Bureau of Motor Vehicles<br>Attn: Compliance Unit<br>PO Box 16583<br>Columbus, OH 43216-6583 | Rosario Devito<br>Ten Larkfield Road<br>East Northport, NY 11731-1802 | (p)SN SERVICING CORPORATION<br>323 FIFTH ST<br>EUREKA CA 95501-0305 |
| Paul Spaeth<br>7925 Paragon Road<br>Suite 101<br>Dayton, OH 45459-4092 | State of Ohio<br>Ohio Atty General, Bankruptcy Div<br>150 E. Gay Street, 21st Floor<br>Columbus, OH 43215-3191 | Thomas George Associates, LTD<br>Insurance Recovery Division<br>PO Box 30<br>East Northport, NY 11731-0030 |
| Travelers Insurance<br>PO Box 660339<br>Dallas, TX 75266-0339 | US Bank Trust National Assn<br>c/o SN Servicing Corp<br>323 5th Street<br>Eureka, CA 95501-0305 | USAA<br>Subrogation Department<br>PO Box 659476<br>San Antonio, TX 78265-9476 |
| Wilbur & Associates<br>210 Landmark Drive<br>Normal, Illinois 61761-2119 | Andrew Zeigler<br>Kennel Zeigler LLC<br>1340 Woodman Drive<br>Dayton, OH 45432-3495 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

SN Servicing Corporation
323 5th Street
Eureka, CA 95501

End of Label Matrix
Mailable recipients     16
Bypassed recipients      0
Total                   16