Associates Home Equity Services, Inc.
3113 Skyway Circle
Irving, TX 75038

VOL 1502 PG 650

When Recorded
Mail to:
DataBase
P.O. Box 23
Dublin, Ohio 43017

004531

2001 FEB 28 PM 2: 42

MARY L. MORRIS
GREENE CO. RECORDER
Xenia, Ohio

**REAL ESTATE MORTGAGE**

This mortgage made on          February 22, 2001          , between   Rebecca M.
Longstreath | married

whose address is 1508 South Longview Street, Beavercreek, OH 45432
                                      , herein referred to as MORTGAGORS and          Associates Home
Equity Services, Inc.
whose address is 8333 Ridgepoint Drive, Irving, TX 75063
                                                                 herein referred to as MORTGAGEE.

WITNESSETH: Mortgagors jointly and severally grant, bargain, sell, convey and mortgage to Mortgagee, its successors
and assigns, the real property hereinafter described as security for the payment of a Note of even date herewith in the principal
amount of ($     99,391.97     ), together with interest as provided in the Note.

The property hereby mortgaged, and described below, includes improvements and fixtures now attached, together with
easements, rights, privileges, interests, rents, and profits. The instrument under which the Mortgagors obtained title to such
property is recorded in Book No. _____ , at Page _____ , in the Office of the Recorder of
Greene                                  County, State of Ohio.

TO HAVE AND TO HOLD the said property hereinafter described, with all the privileges and appurtenances thereunto
belonging unto Mortgagee, its successors and assigns, forever; and Mortgagors hereby covenant that Mortgagors are seised of
good and perfect title to said property in fee simple and have authority to convey the same, that the title so conveyed is clear,
free and unencumbered except as hereinafter appears, and that Mortgagors will forever warrant and defend the same unto
Mortgagee against all claims whatsoever except those prior encumbrances, if any, hereinafter shown.

If Mortgagors shall fully perform all the terms and conditions of this Mortgage and shall pay in full, in accordance with
its terms, the obligations which this Mortgage secures, then this Mortgage shall be null, void and of no further force and effect.

MORTGAGORS AGREE: To keep the mortgaged property, including the buildings and improvements thereon, fully
insured at all times against all hazards with an insurance company authorized to do business in the State of Ohio acceptable
to Mortgagee, which policy shall contain a loss-payable clause in favor of Mortgagee as its interest may appear, and if
Mortgagors fail to do so, they hereby authorize Mortgagee to insure or renew insurance on said property in a sum not exceeding
the amount of Mortgagors' indebtedness for a period not exceeding the term of such indebtedness, and to charge Mortgagors
with the premium thereon, or to add such premium to Mortgagors' indebtedness. If Mortgagee elects to waive such insurance,
Mortgagors agree to be fully responsible for damage or loss resulting from any cause whatsoever. Mortgagors agree that any
sums advanced or expended by Mortgagee for the protection or preservation of the property shall be repaid upon demand and
if not so paid shall be secured hereby. Mortgagors further agree: To pay all taxes, assessments, bills for repairs and any other
expenses incident to the ownership of the mortgaged property when due in order than no lien superior to that of this Mortgage
and not now existing may be created against the property during the term of this Mortgage, and to pay, when due, all
installments of interest and principal on account of any indebtedness which may be secured by a lien superior to the lien of this
Mortgage and existing on the date hereof. If Mortgagors fail to make any of the foregoing payments, they hereby authorize
Mortgagee to pay the same on their behalf, and to charge Mortgagors with the amounts so paid, adding the same to Mortgagors'
indebtedness secured hereby. To exercise due diligence in the operation, management and occupation of the mortgaged property
and improvements thereon, and not to commit or allow waste on the mortgaged premises, and to keep the mortgaged property
in its present condition and repair, normal and ordinary depreciation excepted.

If default be made in the terms or conditions of the debt or debts hereby secured or of any of the terms of this
Mortgage, or in the payment of any installment when due, or if Mortgagors shall become bankrupt or insolvent, or make an
assignment for the benefit of creditors, or have a receiver appointed, or should the mortgaged property or any part thereof be
attached, levied upon or seised, or if any of the representations, warranties or statements of Mortgagors herein be incorrect or
if the Mortgagors shall abandon the mortgaged property, or sell or attempt to sell all or any part of the same, then the whole
amount hereby secured shall, at Mortgagee's option, become immediately due and payable, without notice or demand, and shall
be collectible in a suit at law or by foreclosure of this Mortgage. In any case, regardless of such enforcement, Mortgagee shall
be entitled to the immediate possession of the mortgaged property with the rents, issues, income and profits therefrom, with
or without foreclosure or other proceedings. In the event of foreclosure of this Mortgage, Mortgagors will pay to Mortgagee
a reasonable fee for the search made and preparation for such foreclosure including expenses, fees, and payments made to
prevent or remove the imposition of liens or claims against the property and expenses of upkeep and repair made in order to
place the same in a condition to be sold.

No failure on the part of Mortgagee to exercise any of its rights hereunder for defaults or breaches of covenant shall
be construed to prejudice its rights in the event of any other or subsequent defaults or breaches of covenant, and no delay on
the part of Mortgagee in exercising any of such rights shall be construed to preclude it from the exercise thereof at any time
during the continuance of any such default or breach of covenant, and Mortgagee may enforce any one or more remedies
hereunder successively or concurrently at its option.

All rights and obligations hereunder shall extend to and be binding upon the several heirs, successors, executors,
administrators and assigns of the parties hereto.

The use of the words "Mortgagors" and "Mortgagee" throughout this agreement includes the singular and the plural,
the male, female and neuter and shall be read as his, her, their or its as the case may be.

Greene County

The real property hereby mortgaged is located in                    Greene                    County, State of
Ohio, and is described as follows:
See Exhibit "A" attached hereto and made a part hereof.

Also Known As: 1508 South Longview Street, Beavercreek, OH 45432
Title to said property is clear, free and unencumbered except:
                                        N/A

IN WITNESS WHEREOF, Mortgagors have executed this Mortgage on the day above shown.

*Janet E Becker*                                    *Rebecca M Longstreath*
Janet E BECKER            (Witness)        Rebecca M. Longstreath            (Mortgagor)

*Kimbal A. Harshbarger*                                                      (Mortgagor)
Kimbal A. Harshbarger     (Witness)

                                                                            (Mortgagor)

                                                                            (Mortgagor)

This instrument was prepared by Peirson & Patterson, L.L.P., 4400 Alpha Road, Dallas, TX
75244.

## ACKNOWLEDGMENT BY INDIVIDUAL

STATE OF OHIO, COUNTY OF ___Greene___, SS:
I, ___Bonnie S Gilmore___, a Notary Public in and for said county and state, hereby certify
that on this ___22nd___ day of ___February___, ___2001___ before me personally appeared        Rebecca
M. Longstreath

to me well known to be the identical individual(s) named in and who executed the within and foregoing instrument and
acknowledged that ___She___ signed, sealed and delivered the same as ___her___ free act and deed for the uses,
purposes and consideration therein mentioned.

IN WITNESS HEREOF, I have hereunto set my hand and affixed my official seal the day and year aforesaid.

*Bonnie S Gilmore*
                    Notary Public        My commission expires:        BONNIE S. GILMORE, Notary Public
                                                                       in and for the State of Ohio
                                                                       My Commission Expires Oct. 2, 2005

## ATTESTATION BY WITNESSES

STATE OF OHIO, COUNTY OF ___Greene___, SS:
Personally appeared before me, the undersigned, a Notary Public in and for said county, and state, ___Kimbal A. Harshbar___
and ___Janet E Becker___, the subscribing witnesses to the foregoing instrument,
who are personally known to me, and who, having been by me first duly sworn, depose and say that they saw the within named
___Rebecca M Longstreath___ and _____ whose name(s)
are subscribed to the foregoing instrument, sign and deliver the same on the date therein mentioned and that they, these affiants,
subscribed their names as witness thereto in the presence of said ___Bonnie S Gilmore___ and

_____

*Kimbal A. Harshbarger*
Kimbal A. Harshbarger                      Witness
*Janet E Becker*
Janet E BECKER                             Witness

Sworn to and subscribed before me this ___22nd___ day of ___February___, ___2001___.

*Bonnie S Gilmore*
                    Notary Public        My commission expires:        BONNIE S. GILMORE, Notary Public
                                                                       in and for the State of Ohio
                                                                       My Commission Expires Oct. 2, 200

VOL 1502 PG 65

FD0H200109
SECURITY INSTRUMENT 1st\2nd              Page 2 of 2                    FD754OH2  01/98
(Rev. 02-22-94)

"*Exhibit A*"  VOL 1,502 PG 652

FORM 605 - OHIO ¹ QUIT CLAIM DEED (Standard)          TUTBLANK REGISTERED U. S. PAT. OFFICE
                                                      TUTTLE LAW PRINT, PUBLISHERS, RUTLAND, VT 05701

# Know all Men by these Presents

That    DANIEL M. BOOHER, Married,                    2659    9480

Grantor    in consideration of the sum of

One Dollar ($1.00) and Other Valuable Consideration --------------

to   him   paid by   REBECCA M. LONGSTREATH

Grantee,   the receipt whereof is hereby

acknowledged, does hereby **Remise, Release and forever Quitclaim,** to the said grantee

REBECCA M. LONGSTREATH,                              her   heirs and assigns forever, the

following **Real Estate** situated in the County of   Greene

in the State of   Ohio                   , and in the Township (now City)   of

Beavercreek                           and bounded and described as follows:

Being Lot Numbered 156 Knollwood Estates, Section 2, of part of
Sections 2 and 3, Township 2, Range 7, Military Survey, as shown by
the recorded Plat of said subdivision in Volume 2, of Maps, Page 172,
Greene County Records.

Last Deed Reference: Volume 455, Page 16, Greene County, Ohio Deed
Records, and Volume 2683 Page 437, Greene County, Ohio Official
Records.

B42-2-11-0-129.00

1993 FEB -5 PM 3:16
LARRY L. HENRY
GREENE CO. RECORDER
XENIA O.

1008

* 8.50

B42-2-11-129

To Have and to Hold said premises, with all the privileges and appurtenances thereunto

belonging, to the said Grantee   REBECCA M. LONGSTREATH

her   heirs and assigns forever.

NON-RECORDABLE INTERNET IMAGE

2014 JAN 28 AM 10: 14
ERIC C. SEARS
GREENE CO. RECORDER
XENIA, OH.

001280

PREPARED BY & RETURN TO:
M. E. Wileman
2860 Exchange Blvd. # 100
Southlake, TX 76092                    Assignment of Mortgage            Send Any Notices To Assignee.

For Valuable Consideration, the undersigned, CITIMORTGAGE, INC. SUCCESSOR IN INTEREST BY
MERGER TO CITIFINANCIAL MORTGAGE COMPANY, INC., F/K/A ASSOCIATES HOME EQUITY
SERVICES, INC., 4050 REGENT BLVD, MAIL STOP N2A-222, IRVING, TX 75063 (Assignor) by these
presents does assign, and set over, without recourse, to KONDAUR CAPITAL CORPORATION, AS
SEPARATE TRUSTEE OF MATAWIN VENTURES TRUST SERIES 2013-3  333 S. ANITA DRIVE,
SUITE 400, ORANGE, CA 92868-3314 (Assignee) the described mortgage with all interest, all liens, any rights
due or to become due thereon, executed by REBECCA M LONGSTREATH, MARRIED to ASSOCIATES
HOME EQUITY SERVICES, INC..  Said mortgage Dated: 2/22/2001 is recorded in the State of OH, County
of Greene on 2/28/2001, as Volume 1502 Page 650 AMOUNT: $ 99,391.97  SEE ATTACHED EXHIBIT A
 Parcel # B42-2-11-0-129-00  Property Address: 1508 SOUTH LONGVIEW STREET, BEAVERCREEK, OH
45432

IN WITNESS WHEREOF, the undersigned corporation/trust has caused this instrument to be executed by its
proper officer.  Executed on: January 22, 2014
CITIMORTGAGE, INC. SUCCESSOR IN INTEREST BY MERGER TO CITIFINANCIAL MORTGAGE
COMPANY, INC., F/K/A ASSOCIATES HOME EQUITY SERVICES, INC.,

By: 

Melanie A. Arndt, Vice President

State of Texas  County of Tarrant
On 01/22/2014, before me, the undersigned, personally appeared Melanie A. Arndt, who acknowledged that
he/she is Vice President of/for  CITIMORTGAGE, INC. SUCCESSOR IN INTEREST BY MERGER TO
CITIFINANCIAL MORTGAGE COMPANY, INC., F/K/A ASSOCIATES HOME EQUITY SERVICES, INC.,
and that he/she executed the foregoing instrument and that such execution was done as the free act and deed of
CITIMORTGAGE, INC. SUCCESSOR IN INTEREST BY MERGER TO CITIFINANCIAL MORTGAGE
COMPANY, INC., F/K/A ASSOCIATES HOME EQUITY SERVICES, INC.,

JULIE BACON
MY COMMISSION EXPIRES
November 30, 2014

Notary public, Julie Bacon
My commission expires: November 30, 2014

V3477 P0923

OH  Greene



# Exhibit A

BEING LOT NUMBERED 156 KNOLLWOOD ESTATES, SECTION 2, OF
PART OF SECTIONS 2 AND 3, TOWNSHIP 2, RANGE 7, MILITARY
SURVEY, AS SHOWN BY THE RECORDED PLAT OF SAID SUBDIVISION
IN VOLUME 2, OF MAPS, PAGE 172, GREENE COUNTY RECORDS.

LAST DEED REFERENCE: VOLUME 455, PAGE 16, GREENE COUNTY,
OHIO DEED RECORDED, AND VOLUME 02683 PAGE 437, GREENE
COUNTY, OHIO OFFICIAL RECORDS.

B42-2-11-0-129-00

Greene County,   OH

V3477 P0924

000249

2016 JAN -7 AM 11:28
$40
ERIC C. SEARS
GREENE CO. RECORDER
XENIA, OH.

WHEN RECORDED RETURN TO:
ORION FINANCIAL GROUP, INC.
2860 EXCHANGE BLVD #100
SOUTHLAKE, TX 76092

[Space Above This Line For Recording Data]

Effective Date _____, 2015

### ASSIGNMENT OF Mortgage

FOR VALUE RECEIVED, Kondaur Capital Corporation, as separate trustee of Matawin Ventures Trust Series 2013-3 , its successors and assigns, hereby assigns, and transfers to Morgan Stanley Mortgage Capital Holdings LLC, its successors and assigns, all its right, title and interest in and to a certain Mortgage, executed by Rebecca M. Longstreath, married Mortgage Holder:Associates Home Equity Services, Inc.Dated:Recorded:Book / PageA to Associates Home Equity Services, Inc., and bearing the dated of February 22, 2001 and interest recorded on February 28, 2001, in Book 1502 on Page(s) 650 of Official Records in the County Recorder's office of GREENE County, State of Ohio, describing land therein.

Commonly known as: 1508 S LONGVIEW STREET, BEAVERCREEK, OH 45432
APN / Parcel Number: B42000200110012900

TOGETHER with the note or notes therein described or referred to, the money due and to become due thereon with interest, and all rights accrued or to accrue under said Mortgage.  The original principal amount due under this note(s) is $99,391.97.

*[Assignment Signature Page to Follow]*



V3672 P0350

*[Assignment Signature Page]*

IN WITNESS WHEREOF, the Assignor has caused these presents to be signed by its duly authorized officer this _11_ day, of _FEBRUARY_, 20 _15_.

Kondaur Capital Corporation, as separate trustee
of Matawin Ventures Trust Series 2013-3

By: _____
    Hanh Nguyen, Collateral Manager

Witness #1: _____          Witness #2: _____
Print Name:   Cindy Sullivan              Print Name:  Duy Ho

> A notary public or other officer completing this certificate verifies only the
> identity of the individual who signed the document to which this certificate is
> attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF CALIFORNIA    COUNTY OF ORANGE

On _2/11/15_ before me, _Phuong B. Lam-Nguyen_, a Notary Public personally appeared Hanh Nguyen who proved to me on the basis of satisfactory evidence to be the person(s) who name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies) as Collateral Manager of Kondaur Capital Corporation, and that by his/her/their signatures(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

_____ (Notary Seal)
Signature of Notary Public

PHUONG B. LAM-NGUYEN
Commission # 1924413
Notary Public - California
Orange County
My Comm. Expires Mar 4, 2015

Prepared By:
DKR Collateral Dynamics, Inc
333 South Anita Drive, Suite 400, Orange, CA 92868
Terri Le
Loan Reference Number ▓▓▓▓▓▓

V3672 P0351

## EXHIBIT "A"

## LEGAL DESCRIPTION

Land referred to in this commitment is described as all that certain property situated in the county of Greene, and state of OH and being described in a deed dated 01/13/1993 and recorded 02/05/1993 in Book / Page:683 / 447 among the land records of the county and state set forth above, and referenced as follows:

The following real estate situated in the County of Greene in the State of Ohio, and in the Township (now City) of Beavercreak and bounded and described as follows:

Being Lot numbered 156 knollwood estates, section 2, of part of sections 2 and 3, township, 2, range 7, military survey, as shown by the recorded plat of said subdivision in Volume 2, of maps, Page 172, Greene county Records.

Parcel ID(s): B42000200110012900

V3672 P0352

2017002014

2017 FEB -6 PM 1:27
32.00
ERIC S. SEARS
GREENE CO. RECORDER
XENIA, OH.
2 PS.

PREPARED BY & RETURN TO:
M. E. Wileman
3860 Exchange Blvd. # 100
Southlake, TX 76092                    Assignment of Mortgage          Send Any Notices To Assignee.

For Valuable Consideration, the undersigned, MORGAN STANLEY MORTGAGE CAPITAL HOLDINGS
LLC, 1585 BROADWAY, NEW YORK, NY 10036 (Assignor) by these presents does assign, and set over,
without recourse, to FV-1, INC. IN TRUST FOR MORGAN STANLEY MORTGAGE CAPITAL
HOLDINGS LLC 1585 BROADWAY, NEW YORK, NY 10036 (Assignee) the described mortgage with all
interest, all liens, any rights due or to become due thereon, executed by REBECCA M. LONGSTREATH,
MARRIED to ASSOCIATES HOME EQUITY SERVICES, INC.. Said mortgage Dated: 2/22/2001 is
recorded in the State of OH, County of Greene on 2/28/2001, as Volume 1502 Page 650 AMOUNT: $
99,391.97  SEE ATTACHED EXHIBIT A
 Parcel # B42-2-11-0-139-00  Property Address: 1508 SOUTH LONGVIEW STREET, BEAVERCREEK, OH
45432

IN WITNESS WHEREOF, the undersigned corporation/trust has caused this instrument to be executed by its
proper officer. Executed on: January 19, 2017
MORGAN STANLEY MORTGAGE CAPITAL HOLDINGS LLC
by Specialized Loan Servicing LLC as its Attorney-in-Fact

By: _____

        Melanie A. Arndt, Vice President

                                                              Power of Attorney being recorded
                                                              simultaneously herewith.

State of Texas   County of Tarrant
On 01/19/2017, before me, the undersigned, personally appeared Melanie A. Arndt, who acknowledged that
he/she is Vice President of/ by Specialized Loan Servicing LLC as its Attorney-in-Fact for MORGAN
STANLEY MORTGAGE CAPITAL HOLDINGS LLC, and that he/she executed the foregoing instrument and
that such execution was done as the free act and deed of MORGAN STANLEY MORTGAGE CAPITAL
HOLDINGS LLC by Specialized Loan Servicing LLC as its Attorney-in-Fact.

C. LAFFERTY
MY COMMISSION EXPIRES
November 30, 2018

                                                  _____
                                                  Notary public, C. Lafferty
                                                  My commission expires: November 30, 2018

OH  Greene                              SLS/ASM/MSMCH

# Exhibit A

LAND REFERRED TO IN THIS COMMITMENT IS DESCRIBED AS ALL
THAT CERTAIN PROPERTY SITUATED IN THE COUNTY OF GREENE, AND
STATE OF OH AND BEING DESCRIBED IN A DEED DATED 01/13/1993
AND RECORDED 02/05/1993 IN BOOK / PAGE:683 / 447 AMONG THE
LAND RECORDS OF THE COUNTY AND STATE SET FORTH ABOVE, AND
REFERENCED AS FOLLOWS:

THE FOLLOWING REAL ESTATE SITUATED IN THE COUNTY OF GREENE
IN THE STATE OF OHIO, AND IN THE TOWNSHIP (NOW CITY) OF
BEAVERCREEK AND BOUNDED AND DESCRIBED AS FOLLOWS:

BEING LOT NUMBERED 156 KNOLLWOOD ESTATES, SECTION 2, OF
PART OF SECTIONS 2 AND 3, TOWNSHIP 2, RANGE 7, MILITARY
SURVEY, AS SHOWN BY THE RECORDED PLAT OF SAID SUBDIVISION
IN VOLUME 2, OF MAPS, PAGE 172, GREENE COUNTY RECORDS.

LAST DEED REFERENCE: VOLUME 455, PAGE 16, GREENE COUNTY,
OHIO DEED RECORDS, AND VOLUME 02683 PAGE 437, GREENE
COUNTY, OHIO OFFICIAL RECORDS.

B42-2-11-0-129-00

Greene County,   OH



File Number 2017004333
03/20/2017 at 07:48:38 AM
Eric C. Sears
Greene County Recorder
A/M $40.00
Non-Conforming Fee $0.00
Pages 3

## Assignment of Mortgage

ORDER #

For value received, the undersigned, hereby grants, assigns, and transfers to: **FV-I, Inc. in trust for Morgan Stanley Mortgage Capital Holdings LLC** whose address is 1585 Broadway, New York, NY 10036 all beneficial interest under that certain Mortgage dated February 22, 2001 executed by:

Mortgagor: REBECCA M. LONGSTREATH, MARRIED

For EQUITY SERVICES, INC., whose address is 8333 RIDGEPOINT DRIVE, IRVING, TX 75063,  in the amount of: $99,391.97, recorded 02/28/2001 as Instrument No.: 004531 in Book/Volume: 1502 Page: 650 of the Official Records of Greene County, Ohio

Property Address: 1508 SOUTH LONGVIEW STREET, BEAVERCREEK, OH 45432
Tax Parcel ID: B42-2-11-0-129-00
Legal Description: SEE EXHIBIT "A"

Together with the Note or Notes therein described or referenced to, the money due and to become due thereon with interest, and all rights accrued or to accrue under said Mortgage.

Effective date: 3/17/17

Morgan Stanley Mortgage Capital Holdings LLC
By Specialized Loan Servicing LLC, as Attorney in Fact

By

LYNN SALICCE
ASSISTANT VICE PRESIDENT

State of **PENNSYLVANIA**
County of **ALLEGHENY**

On _3/17/17_ before me, Autumn R Carnegie the undersigned, a Notary Public in and for the county of ALLEGHENY in the State of Pennsylvania, personally appeared Lynn Salicce, Assistant Vice President personally known to me to be the person whose name is subscribed to the within instrument and acknowledged to me that he/she executed the same in his/her authorized capacity, and that for his/her signature on the instrument the person, or the entity upon behalf of which he/she acted, executed the instrument.

_____
**Autumn R Carnegie**
My Commission Expires: 06/06/2020

This Instrument Prepared By:
**VISIONET SYSTEMS INC.**
After Recording Return To:
**VISIONET SYSTEMS INC.**
**183 INDUSTRY DRIVE**
**PITTSBURGH, PA 15275**
Voice: 1-(412) 927-0226

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
AUTUMN R CARNEGIE
Notary Public
FINDLEY TWP, ALLEGHENY COUNTY
My Commission Expires Jun 6, 2020

# EXHIBIT "A"

BEING LOT NUMBERED 156 KNOLLWOOD ESTATES, SECTION 2, OF PART OF SECTIONS 2 AND 3, TOWNSHIP 2, RANGE 7, MILITARY SURVEY, AS SHOWN BY THE RECORDED PLAT OF SAID SUBDIVISION IN VOLUME 2, OF MAPS, PAGE 172, GREENE COUNTY RECORDS.

LAST DEED REFERENCE: VOLUME 455, PAGE 16, GREENE COUNTY, OHIO DEED RECORDS, AND VOLUME 02683 PAGE 437, GREENE COUNTY, OHIO OFFICIAL RECORDS.

B42-2-11-0-129-00

**File Number 2017014972**
**09/07/2017 at 07:52:11 AM**
Eric C. Sears
Greene County Recorder
A/M $40.00
Non-Conforming Fee $0.00
Pages 3

## Assignment of Deed of Trust/Mortgage

For Value received, the receipt and sufficiency of which are hereby acknowledged, FV-I, Inc. in trust for Morgan Stanley Mortgage Capital Holdings LLC, 1585 Broadway, New York, NY 10036 ("Assignor"), hereby sells, assigns and transfers to WV 2017-1 Grantor Trust, 1140 Avenue of the Americas, New York, NY 10036 ("Assignee"), without recourse, all of its rights and interests in: (i) the following mortgage, deed of trust or security deed ("Security Instrument") from the below named grantor or mortgagor to or for the benefit of Assignor; (ii) the property described therein; (iii) the Commercial Promissory Note (the "Note") executed in connection therewith; and (iv) all of the other instruments executed in connection with the loan evidenced and secured by the Security Instrument and Note, together with all of the Assignor's rights appurtenant thereto;

| | |
|---|---|
| Title of Security Instrument: | Mortgage |
| Date of Security Instrument: | February 22, 2001 |
| Filed Date of Security Instrument: | February 28, 2001 |
| Book/Page or Instrument #: | VOL: 1502 PG: 650 |
| Mortgagor or Grantor: | Rebecca M. Longstreath |
| Recording Office: | Greene County |
| Property Address: | 1508 South Longview Street Beavercreek, Ohio 45432 |

TO HAVE AND TO HOLD the same unto Assignee and unto its successors and assigns forever, subject only to the terms and conditions of the above-described Mortgage.

Assignor is the present holder of the above described Mortgage.

IN WITNESS WHEREOF, Assignor has caused this Assignment to be executed as of _31_ day of _July_, 2017.

I HEREBY CERTIFY that this instrument was drafted by or under the supervision of the Assignor.

FV-I, Inc. in trust for Morgan Stanley Mortgage Capital Holdings LLC

By: Kevin A. Flanagan
TITLE: Authorized Signatory

State of Texas

County of Dallas

Before me, the undersigned, a Notary Public, in and for said County and State, this __31__ day of
_____Ju ay_____, 2017, personally appeared Kevin A. Flanagan, Authorized Signatory of FV-I,
Inc. in trust for Morgan Stanley Mortgage Capital Holdings LLC, and acknowledged the execution of the foregoing
instrument.

_____
Notary Public

Print Name: _____

My Commission expires: _____

This document prepared by:
Firm/Company: SingleSource Property Solutions
Address: 1000 Noble Energy Drive, Suite 300
City, State, Zip: Canonsburg, PA 15317

This document returned to after recording:
Abstrax LLC
88 Silva Lane
Middletown, RI 02842

Loan #
MS Loan #

# Exhibit A

Parcel ID: B42000200110012900

THE FOLLOWING REAL ESTATE SITUATED IN THE COUNTY OF GREENE IN THE STATE OF OHIO, AND IN THE TOWNSHIP (NOW CITY) OF BEAVERCREEK AND BOUNDED AND DESCRIBED AS FOLLOWS:
BEING LOT NUMBERED 156 KNOLLWOOD ESTATES, SECTION 2, OF PART OF SECTIONS 2 AND 3, TOWNSHIP 2, RANGE 7, MILITARY SURVEY, AS, SHOWN BY THE RECORDED PLAT OF SAID SUBDIVISION IN VOLUME 2, OF MAPS, PAGE 172, GREENE COUNTY RECORDS. PRIOR DEED RECORDED IN THE DEED BOOK 345, PAGE 110, GREENE DEED RECORDS AND OF, GREENE COUNTY, OHIO.

File Number 2017021977
12/28/2017 at 07:57:11 AM
Eric C. Sears
Greene County Recorder
A/M $32.00
Non-Conforming Fee $20.00
Pages 2

Prepared By:
WV 2017-1 Grantor Trust
1140 Avenue of the Americas, 7th Floor
New York, NY 10036

When recorded mail to:
Abstrax, LLC
Attn: Collateral Dept.
88 Silva Lane, 2nd Floor
Middletown, RI 02842

## ASSIGNMENT OF MORTGAGE

FOR VALUE RECEIVED, the undersigned, WV 2017-1 Grantor Trust, by Abstrax, LLC as its appointed attorney in fact, whose address is 1140 Avenue of the Americas, New York, NY 10036, hereby assign and transfer to Cascade Funding, LP, Series 1, by Abstrax, LLC its appointed attorney in fact, whose address is 1140 Avenue of the Americas, 7th Floor, New York, NY 10036, all its right, title and all beneficial interest in and to a certain Mortgage and Note, executed by Rebecca M. Longstreath, Married to Associates Home Equity Services, Inc. and bearing the date of February 22, 2001 and recorded on February 28, 2001, with an original loan amount of $99,391.97 in the office of the Recorder of Greene County, State of OH, in Book 1502 at Page 650 or Instrument # NA.

Property Address: 1508 South Longview Street, Beavercreek, OH 45432
Legal Description: See Attached Exhibit A.
PIN # APN: B42000200110012900

IN WITNESS WHEREOF, the undersigned has caused this Assignment of Mortgage to be executed on 10/2/2017

WV 2017-1 Grantor Trust, by Abstrax, LLC as its appointed attorney in fact

By: _Amanda Sanford_
Name: Amanda M. Sanford
Title: Director

State of   Rhode Island   )
County of   Newport   )

On 10/2/17, before me, _Tammy Mello_, Notary Public, Personally appeared Amanda M. Sanford, who is the Director of Abstrax, LLC, personally known to me or proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they/ executed the same in he/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under penalty of perjury under the laws of the State of Rhode Island that the foregoing paragraph is true and correct.

WITNESS my hand and official seal:

_signature_
Notary Public in and for said County and State
My Commission Expires: 4-5-19   (SEAL)

TAMMY J. MELLO
Notary Public, State of Rhode Island
My Commission Expires April 5, 2019

NON-RECORDABLE IMAGE - NON-RECORDABLE IMAGE
Greene County

EXHIBIT A

THE FOLLOWING REAL ESTATE SITUATED IN THE COUNTY OF GREENE IN THE STATE OF OHIO, AND IN THE TOWNSHIP
(NOW CITY) OF BEAVERCREEK AND BOUNDED AND DESCRIBED AS FOLLOWS:
BEING LOT NUMBERED 156 KNOLLWOOD ESTATES, SECTION 2, OF PART OF SECTIONS 2 AND 3, TOWNSHIP 2, RANGE 7,
MILITARY SURVEY, AS, SHOWN BY.THE RECORDED PLAT OF SAID SUBDIVISION IN VOLUME 2, OF MAPS, PAGE 172,
GREENE COUNTY RECORDS. PRIOR DEED RECORDED IN THE DEED BOOK 345, PAGE 110, GREENE DEED RECORDS AND OF,
GREENE COUNTY, OHIO.

**File Number 2017021978**
**12/28/2017 at 07:57:14 AM**
Eric C. Sears
Greene County Recorder
A/M $32.00
Non-Conforming Fee $20.00
Pages 2

Prepared By:
Cascade Funding, LP, Series 1
1140 Avenue of the Americas, 7th Floor
New York, NY 10036

When recorded mail to:
Abstrax, LLC
Attn: Collateral Dept.
88 Silva Lane, 2nd Floor
Middletown, RI 02842

## ASSIGNMENT OF MORTGAGE

FOR VALUE RECEIVED, the undersigned, Cascade Funding, LP, Series 1, by Abstrax, LLC its appointed attorney in fact, whose address is 1140 Avenue of the Americas, 7th Floor, New York, NY 10036, hereby assign and transfer to Cascade Funding Mortgage Trust 2017-1, whose address is 1140 Avenue of the Americas, 7th Floor, New York, NY 10036, all its right, title and all beneficial interest in and to a certain Mortgage and Note, executed by Rebecca M. Longstreath, Married to Associates Home Equity Services, Inc. and bearing the date of February 22, 2001 and recorded on February 28, 2001, with an original loan amount of $99,391.97 in the office of the Recorder of Greene County, State of OH, in Book 1502 at Page 650 or Instrument # NA.

Property Address: 1508 South Longview Street, Beavercreek, OH 45432
Legal Description: See Attached Exhibit A.
PIN # APN: B4200020011001290 0

IN WITNESS WHEREOF, the undersigned has caused this Assignment of Mortgage to be executed on 10/2/2017

Cascade Funding, LP, Series 1, by Abstrax, LLC its appointed attorney in fact

By:
Name: Amanda M. Sanford
Title: Director

State of  Rhode Island     )
County of Newport          )

On 10/2/17, before me, Tammy Mello, Notary Public, Personally appeared Amanda M. Sanford, who is the Director of Abstrax, LLC, personally known to me or proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in he/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under penalty of perjury under the laws of the State of Rhode Island that the foregoing paragraph is true and correct.

WITNESS my hand and official seal:

Notary Public in and for said County and State
My Commission Expires: 4-3-19        (SEAL)

TAMMY J. MELLO
Notary Public, State of Rhode Island
My Commission Expires April 5, 2019

NON-RECORDABLE INTERNET IMAGE

EXHIBIT A

THE FOLLOWING REAL ESTATE SITUATED IN THE COUNTY OF GREENE IN THE STATE OF OHIO, AND IN THE TOWNSHIP (NOW CITY) OF BEAVERCREEK AND BOUNDED AND DESCRIBED AS FOLLOWS:
BEING LOT NUMBERED 156 KNOLLWOOD ESTATES, SECTION 2, OF PART OF SECTIONS 2 AND 3, TOWNSHIP 2, RANGE 7, MILITARY SURVEY, AS, SHOWN BY THE RECORDED PLAT OF SAID SUBDIVISION IN VOLUME 2, OF MAPS, PAGE 172, GREENE COUNTY RECORDS. PRIOR DEED RECORDED IN THE DEED BOOK 345, PAGE 110, GREENE DEED RECORDS AND OF, GREENE COUNTY, OHIO.

NON-RECORDABLE INTERNET IMAGE

Prepared By and Return To:
Kathleen Collins
Collateral Department
Meridian Asset Services, LLC
3201 34th Street South, Suite 310
St. Petersburg, FL 33711
(727) 497-4650

APN/PIN# B42-2-11-0-129-00

_____ Space above for Recorder's use _____

## ASSIGNMENT OF MORTGAGE

FOR GOOD AND VALUABLE CONSIDERATION, the sufficiency of which is hereby acknowledged, the undersigned, **CASCADE FUNDING MORTGAGE TRUST 2017-1**, whose address is **1140 AVENUE OF THE AMERICAS 7TH FLOOR, NEW YORK, NY 10036**. (ASSIGNOR), does hereby grant, assign and transfer to **U.S. BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE OF THE BUNGALOW SERIES III TRUST**, whose address is **7114 E. STETSON DR., SUITE 250, SCOTTSDALE, ARIZONA 85251**, (ASSIGNEE), its successors, transferees and assigns forever, all beneficial interest under that certain mortgage, together with the certain note(s) described therein with all interest, all liens, and any rights due or to become due thereon.

Date of Mortgage: 2/22/2001
Original Loan Amount: $99,391.97
Executed by (Borrower(s)): **REBECCA M. LONGSTREATH**
Original Lender: **ASSOCIATES HOME EQUITY SERVICES, INC.**
Filed of Record: In Book/Liber/Volume **1502**, Page **650**,
Document/Instrument No: **004531** in the Recording District of **GREENE, OH**, Recorded on **2/28/2001**.

Legal Description: SEE EXHIBIT "A" ATTACHED
Property more commonly described as: **1508 SOUTH LONGVIEW STREET, BEAVERCREEK, OH 45432**

IN WITNESS WHEREOF, the undersigned by its duly elected officers and pursuant to proper authority of its board of directors has duly executed, sealed, acknowledged and delivered this assignment.

Date: __2/19/19__

CASCADE FUNDING MORTGAGE TRUST 2017-1, BY WATERFALL ASSET MANAGEMENT, LLC, ITS ATTORNEY-IN-FACT

By: **CRAGER BOARDMAN**
Title: **AUTHORIZED PERSON**

Witness Name: _Jn Pearsall_

---

A NOTARY PUBLIC OR OTHER OFFICER COMPLETING THIS CERTIFICATE VERIFIES ONLY THE IDENTITY OF THE INDIVIDUAL WHO SIGNED THE DOCUMENT TO WHICH THIS CERTIFICATE IS ATTACHED, AND NOT THE TRUTHFULNESS, ACCURACY, OR VALIDITY OF THAT DOCUMENT

---

State of __New York__
County of __New York__

On __2/19/19__, before me, _Marc B. Ledesma_, a Notary Public, personally appeared **CRAGER BOARDMAN, AUTHORIZED PERSON** of/for **WATERFALL ASSET MANAGEMENT, LLC, AS ATTORNEY-IN-FACT FOR CASCADE FUNDING MORTGAGE TRUST 2017-1**, personally known to me, or who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument. I certify under PENALTY OF PERJURY under the laws of the State of __NY__ that the foregoing paragraph is true and correct. I further certify CRAGER BOARDMAN, signed, sealed, attested and delivered this document as a voluntary act in my presence.

Witness my hand and official seal.

(Notary Name): _____
My commission expires: _____

```
MARC B. LEDESMA
NOTARY PUBLIC STATE OF NEW YORK
NO. 02LE6074665
QUALIFIED IN NEW YORK COUNTY
COMMISSION EXPIRES MAY 20, 20__
```

## EXHIBIT "A"

BEING LOT NUMBER 156 KNOLLWOOD ESTATES, SECTION 2, OF PART OF
SECTIONS 2 AND 3, TOWNSHIP 2, RANGE 7, MILITARY SURVEY, AS SHOWN BY THE
RECORDED PLAT OF SAID SUBDIVISION IN VOLUME 2, OF MAPS, PAGE 172,
GREENE COUNTY RECORDS.
LAST DEED REFERENCE: VOLUME 455, PAGE 16, GREENE COUNTY, OHIO DEED
RECORDED, AND VOLUME 02683, PAGE 437, GREENE COUNTY, OHIO OFFICIAL
RECORDS.

2019004874
4/11/2019 11:03:20 AM
Eric C Sears
Greene County Recorder
A/M 40.00
Pages 3

Prepared By and Return To:
Kathleen Collins
Collateral Department
Meridian Asset Services, LLC
3201 34th Street South, Suite 310
St. Petersburg, FL 33711
(727) 497-4650

APN/PIN#█████████████

Loan No █████████

_____ Space above for Recorder's use _____

*Rec. 2nd*

## ASSIGNMENT OF MORTGAGE

FOR GOOD AND VALUABLE CONSIDERATION, the sufficiency of which is hereby acknowledged, the undersigned, **US BANK TRUST NATIONAL ASSOCIATION AS TRUSTEE OF THE BUNGALOW SERIES III TRUST**, whose address is **7114 E. STETSON DR., SUITE 250, SCOTTSDALE, ARIZONA 85251**, (ASSIGNOR), does hereby grant, assign and transfer to **US BANK TRUST NATIONAL ASSOCIATION AS TRUSTEE OF THE TIKI SERIES III TRUST**, whose address is **7114 E. STETSON DR., SUITE 250, SCOTTSDALE, ARIZONA 85251**, (ASSIGNEE), its successors, transferees and assigns forever, all beneficial interest under that certain mortgage, together with the certain note(s) described therein with all interest, all liens, and any rights due or to become due thereon.

Date of Mortgage: **2/22/2001**
Original Loan Amount: **$99,391.97**
Executed by (Borrower(s)): **REBECCA M. LONGSTREATH**
Original Lender: **ASSOCIATES HOME EQUITY SERVICES, INC.**
Filed of Record: In Book/Liber/Volume **1502**, Page **650**,
Document/Instrument No: **004531** in the Recording District of **GREENE, OH**, Recorded on **2/28/2001**.

Legal Description: SEE EXHIBIT "A" ATTACHED
Property more commonly described as: **1508 SOUTH LONGVIEW STREET, BEAVERCREEK, OH 45432**



After recording return to:
Clubfortgage Returns Dept
[Name]
Larry Smith
[Attorney]
1000 Technology Dr.
O'Fallon, MO 63368
[City, State, Zip Code]

Parcel ID No.:

———————[Space Above This Line For Recording Data]———————

## HOME AFFORDABLE MODIFICATION AGREEMENT
### (Step Two of Two-Step Documentation Process)

THIS LOAN IS PAYABLE IN FULL AT MATURITY. YOU MUST REPAY THE ENTIRE
PRINCIPAL BALANCE OF THE LOAN AND UNPAID INTEREST THEN DUE. LENDER
IS UNDER NO OBLIGATION TO REFINANCE THE LOAN AT THAT TIME. YOU WILL,
THEREFORE, BE REQUIRED TO MAKE PAYMENT OUT OF OTHER ASSETS THAT
YOU MAY OWN, OR YOU WILL HAVE TO FIND A LENDER, WHICH MAY BE THE
LENDER YOU HAVE, THIS LOAN WITH, WILLING TO LEND YOU THE MONEY. IF
YOU REFINANCE THIS LOAN AT MATURITY, YOU MAY HAVE TO PAY SOME OR
ALL OF THE CLOSING COSTS NORMALLY ASSOCIATED WITH A NEW LOAN EVEN
IF YOU OBTAIN REFINANCING FROM THE SAME LENDER.

Borrower ("I")  Rebecca M. Longstreath

¹ If there is more than one Borrower or Mortgagor executing this document, each is referred to as "I". For purposes of
this document words signifying the singular such as "I" shall include the plural such as "we" and vice versa where
appropriate.

Ohio Home Affordable Modification Agreement - Single Family - Fannie Mae/Freddie Mac
UNIFORM INSTRUMENT                           Form 5137 3/09 (rev. 3/09) (page 1 of 8 pages)

Lender or Servicer ("Lender"), CitiMortgage
Date of first lien mortgage, Deed of trust, or security deed ("Mortgage") and Note ("Note"): February 22,
2001
Loan Number ██████████
Property Address [and Legal Description if recordation is necessary] ("Property"): 1906 South Longview
Street, Beavercreek, OH 45432

If my representations in Section 1 continue to be true in all material respects, then this Home Affordable
Modification Agreement ("Agreement") will, as set forth in Section 3, amend and supplement (1) the
Mortgage on the Property, and (2) the Note secured by the Mortgage. This Mortgage and Note together,
as they may previously have been amended, are referred to as the "Loan Documents." Capitalized terms
used in this Agreement and not defined have the meaning given to them in Loan Documents.

I understand that after I sign and return two copies of this Agreement to the Lender, the Lender will send
me a signed copy of this Agreement. This Agreement will not take effect unless the preconditions set
forth in Section 2 have been satisfied.

1.  My Representations. I certify, represent to Lender and agree:

    A.    I am experiencing a financial hardship, and as a result, (i) I am in default under the Loan
          Documents, and (ii) I do not have sufficient income or access to sufficient liquid assets to
          make the monthly mortgage payments now or in the near future;

    B.    I live in the Property as my principal residence, and the Property has not been
          condemned;

    C.    There has been no change in the ownership of the Property since I signed the Loan
          Documents;

    D.    I have provided documentation for all income that I receive (and I understand that I am
          not required to disclose child support or alimony unless I chose to rely on such income
          when requesting to qualify for the Home Affordable Modification program ("Program"));

    E.    Under penalty of perjury, all documents and information I have provided to Lender in
          connection with this Agreement, including the documents and information regarding my
          eligibility for the Program, are true and correct;

    F.    If Lender requires me to obtain credit counseling under a Trial Period Plan or Loan
          Workout Plan.

    G.    I have made or will make all payments required under a Trial Period Plan or Loan
          Workout Plan.

2.  Acknowledgements and Preconditions to Modification. I understand and acknowledge that:

    A.    If prior to the Modification Effective Date as set forth in Section 3 the Lender determines
          that my representations in Section 1 are no longer true and correct, the Loan Documents
          will not be modified and this Agreement will terminate. In that event, the Lender will have
          all of the rights and remedies provided by the Loan Documents; and

    B.    I understand that the Loan Documents will not be modified unless and until (i) I receive
          from the Lender a copy of this Agreement signed by the Lender, and (ii) the Modification

Ohio Home Affordable Modification Agreement - Single Family - Fannie Mae/Freddie Mac
UNIFORM INSTRUMENT                  Form 3157 3/09 (rev. 6/09) Page 2 of 6 pages)

Effective Date (as defined in Section 3) has occurred. I further understand and agree that the Lender will not be obligated or bound to make any modification of the Loan Documents if I fail to meet any one of the requirements under this Agreement.

3. The Modification. If my representations in Section 1 continue to be true in all material respects and all preconditions to the modification set forth in Section 2 have been met, the Loan Documents will automatically become modified on June 1, 2010 (the "Modification Effective Date") and all unpaid late charges that remain unpaid will be waived. I understand that if I have failed to make any payments as a precondition to this modification under a trial plan or that period then this modification will not take effect. The first modified payment will be due on July 1, 2010.

   A.   The new Maturity Date will be: June 1, 2050

   B.   The modified Principal balance of my Note will include all amounts and arrearages that will be past due as of the Modification Effective Date (including unpaid and deferred interest, fees, escrow advances and other costs, but excluding unpaid late charges, collectively, "Unpaid Amounts") less any amounts paid to the Lender but not previously credited to my Loan. The new principal balance of my Note will be $129,443.48 (the "New Principal Balance"). I understand that by agreeing to add the Unpaid Amounts to the outstanding principal balance, the added Unpaid Amounts accrue interest based on the interest rate in effect under this Agreement. I also understand that this means interest will now accrue on the unpaid interest that is added to the outstanding principal balance, which would not happen without this Agreement.

   C.   $42,036.73 of the New Principal Balance shall be deferred (the "Deferred Principal Balance") and I will not pay interest or make monthly payments on this amount. The New Principal Balance less the Deferred Principal Balance shall be referred to as the "Interest Bearing Principal Balance" and this amount is $77,406.67. Interest at the rate of 2.000% will begin to accrue on the Interest Bearing Principal Balance as of June 1, 2010 and the first new monthly payment on the Interest Bearing Principal Balance will be due on July 1, 2010. My payment schedule for the modified Loan is as follows:

| Years | Interest Rate | Interest Rate Change Date | Monthly Principal and Interest Payment Amount | Estimated Monthly Escrow Payment Amount | Total Monthly Payment | Payment Begins On | Number of Monthly Payments |
|---|---|---|---|---|---|---|---|
| 1 - 5 | 2.000% | 06/01/2010 | $234.11 | $326.20 May adjust May adjust periodically periodically | 07/01/2010 | 60 |
| 6 - 7 | 3.000% | 06/01/2015 | $272.64 | May adjust May adjust periodically periodically | 07/01/2015 | 12 |
| 8 | 4.000% | 06/01/2016 | $312.70 | May adjust May adjust periodically periodically | 07/01/2016 | 12 |
| 9 - 40 | 4.000% | 06/01/2017 | $345.80 | May adjust May adjust periodically periodically | 07/01/2017 | 396 |

Ohio Home Affordable Modification Agreement—Single Family—Fannie Mae/Freddie Mac   Form 3162 3/09 (rev. Some X of 6 pages)
UNIFORM INSTRUMENT



impounds, and all other payments, the amount of which may change periodically over the
term of my Loan.

D.       Funds for Escrow Items.   I will pay to Lender on the day payments are due under the
Loan Documents as amended by this Agreement, until the Loan is paid in full, a sum (the
"Funds") to provide for payment of amounts due for: (a) taxes and assessments and
other items which can attain priority over the Mortgage as a lien or encumbrance on the
Property; (b) leasehold payments or ground rents on the Property, if any; (c) premiums
for any and all insurance required by Lender under the Loan Documents; (d) mortgage
insurance premiums, if any, or any sums payable to Lender in lieu of the payment of
mortgage insurance premiums in accordance with the Loan Documents; and (e) any
community association dues, fees, and assessments that Lender requires to be
escrowed. These items are called "Escrow Items."  I shall promptly furnish to Lender all
notices of amounts to be paid under this Section 4.D. I shall pay Lender the Funds for
Escrow Items unless Lender waives my obligation to pay the Funds for any or all Escrow
Items.   Lender may waive my obligation to pay to Lender Funds for any or all Escrow
Items at any time.  Any such waiver may only be in writing. In the event of such waiver, I
shall pay directly, when and where payable, the amounts due for any Escrow Items for
which payment of Funds has been waived by Lender and, if Lender requires, shall furnish
to Lender receipts evidencing such payment within such time period as Lender may
require.  My obligation to make such payments and to provide receipts shall for all
purposes be deemed to be a covenant and agreement contained in the Loan Documents,
as the phrase "covenant and agreement" is used in the Loan Documents.  If I am
obligated to pay Escrow Items directly, pursuant to a waiver, and I fail to pay the amount
due for an Escrow Item, Lender may exercise its rights under the Loan Documents and
this Agreement and pay such amount and I shall then be obligated to repay to Lender
any such amount.  Lender may revoke the waiver as to any or all Escrow Items at any
time by a notice given in accordance with the Loan Documents, and, upon such
revocation, I shall pay to Lender all Funds, and in such amounts, that are then required
under this Section 4.D.

         Lender may, at any time, collect and hold Funds in an amount (a) sufficient to
permit Lender to apply the Funds at the time specified under the Real Estate Settlement
Procedures Act ("RESPA"), and (b) not to exceed the maximum amount a lender can
require under RESPA.  Lender shall estimate the amount of Funds due on the basis of
current data and reasonable estimates of expenditures of future Escrow Items or
otherwise in accordance with applicable law.

         The Funds shall be held in an institution whose deposits are insured by a federal
agency, instrumentality, or entity (including Lender, if Lender is an institution whose
deposits are so insured) or in any Federal Home Loan Bank.  Lender shall apply the
Funds to pay the Escrow Items no later than the time specified under RESPA.  Lender
shall not charge me for holding and applying the Funds, annually analyzing the escrow
account, or verifying the Escrow Items, unless Lender pays me interest on the Funds and
applicable law permits Lender to make such a charge.  Unless an agreement is made in
writing or applicable law requires interest to be paid on the Funds, Lender shall not be
required to pay me any interest or earnings on the Funds.  Lender and I can agree in
writing, however, that interest shall be paid on the Funds.  Lender shall provide me,
without charge, an annual accounting of the Funds as required by RESPA.

Ohio Home Affordable Modification Agreement – Single Family – Fannie Mae/Freddie Mac
UNIFORM INSTRUMENT
Form 3157 3/09 (rev. 6/09) (page 5 of 8 pages)





In Witness Whereof, the Lender and I have executed this Agreement.

Rebecca M. Longstreath                (Borrower) (Date)          _____ (Borrower) (Date)

_____ (Borrower) (Date)          _____ (Borrower) (Date)

CitiMortgage

By: _____
Lender Representative

10/30/10
Date

_____ [Space Below This Line For Preparer's Information] _____

This Instrument was prepared by:
CitiMortgage Document Prep
[Name]

[Street Address]

[City, State, Zip Code]

Initial Home Affordable Modification Agreement - Single Family - Fannie Mae/Freddie Mac
UNIFORM INSTRUMENT                                    Form 3157 3/09 (rev.)